UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROGER DAVIS JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | Case No. C23-5449RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT |

This matter comes before the Court on Plaintiff's Motion for Leave to Amend Complaint, Dkt. #10. Defendant does not oppose this Motion. *See* Dkt. #12. This is Plaintiff's first motion to amend. The Court finds good cause to permit the amendment.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion for Leave to Amend Complaint, Dkt. #10, is GRANTED. Plaintiff is DIRECTED to file the amended complaint, attached to his Motion, immediately.

DATED this 31st day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1